IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00354-RPM

KEITH FRAZIER,

    Applicant,

v.

TOM CLEMENTS, Exec. Director, Colorado Dept. of Corrections,
MICHAEL MILLER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

## JUDGMENT
_____

    Pursuant to the Order Dismissing Application entered by Senior District Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that the application is denied and this civil action is dismissed.

    DATED: February 21st, 2013

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, Clerk

                                        s/M. V. Wentz
                              By_____
                                            Deputy