IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00354-RPM

KEITH FRAZIER,

       Applicant,

v.

TOM CLEMENTS, Exec. Director, Colorado Dept. of Corrections,
MICHAEL MILLER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

       Respondents.

---

ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL

---

       Pursuant to the Order entered by the Tenth Circuit Court of Appeals on April 17, 2013, construing petitioner's letter [13] as a motion for extension of time to file a notice of appeal, it is

       ORDERED that the motion is granted and the notice of appeal attached thereto is accepted for filing.

       DATED at Denver, Colorado this 17th day of April, 2013.

       BY THE COURT:

       s/Richard P. Matsch

---

   Richard P. Matsch, Senior Judge